UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUC BURBON<br><br>                         Plaintiff,<br><br>v.<br><br>MERLE NORMAN COSMETICS, INC.<br><br>                         Defendant. | Civil Action No.  18-CV-05241<br><br><br>[PROPOSED] ORDER |

VERNON S. BRODERICK, District Judge:

The Court has been informed that the parties have reached a settlement of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs, and with prejudice, except that a party may restore the action to the Court's calendar, provided the application to restore the action is made within thirty days.

All filing deadlines, conference dates, and the trial date are adjourned *sine die*.

SO ORDERED.

August 21, 2018

Vernon S. Broderick
United States District Judge